# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:21-CV-00078

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY $9,920 IN UNITED STATES CURRENCY SEIZED FROM DOMINIC NICKERSON ON OCTOBER 29, 2020 AT THE CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT | ) ) ) ) ) ) |

## ORDER OF DEFAULT JUDGMENT

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Entry of Default Judgment. (Doc. 7). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and Orders as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $9,920 in U.S. Currency seized from Dominic Nickerson on October 29, 2020, at Charlotte-Douglas International Airport.**

Signed: June 18, 2021

Max O. Cogburn Jr.
United States District Judge

1